IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>CLARICE MORALES; GLORIA GROTTICELLI; and CAROL SALAZAR,<br><br>            Defendants.<br>_____/ | No. 2:10-cv-02598 MCE KJN PS<br><br><br><br><br><br><br><br>ORDER |

       This matter proceeds before the undersigned magistrate judge because it initially appeared that the defendants in this matter were proceeding without counsel. See E. Dist. Local Rule 302(c)(21). On November 29, 2010, defendant Clarice Morales filed an answer to plaintiff's complaint, which indicates that she is represented by counsel. (Dkt. No. 12.) On December 8, 2010, defendant Gloria Grotticelli filed an answer to plaintiff's complaint, which indicates that she is also represented by counsel. (Dkt. No. 13.) Because two of the three defendants in this action are represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the United States District Judge assigned to this action.

See E. Dist. Local Rule 302(c)(21).[1]

   Accordingly, it is hereby ORDERED that:

   1. This matter shall is referred to the assigned United States District Judge. E. Dist. Local Rule 302(c)(21).

   2. All dates pending before the undersigned are vacated; and

   3. Henceforth the caption on documents filed in this action shall be No. 2:10-cv-02598 MCE KJN.

   IT IS SO ORDERED.

DATED: December 14, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Eastern District Local Rule 302(c)(21) provides: "In Sacramento, all actions in which all the plaintiffs or defendants are proceeding in propria persona, including dispositive and non-dispositive motions and matters.  Actions initially assigned to a Magistrate Judge under this paragraph shall be referred back to the assigned Judge if a party appearing in propria persona is later represented by an attorney appearing in accordance with L.R. 180."