TIMKEN JOHNSON HWANG LLP
A Professional Law Group
HEIDI A. TIMKEN (SBN 159731)
htimken@timkenlawgroup.com
CHRISTOPHER J. GONZALEZ (SBN 227804)
cgonzalez@timkenlawgroup.com
1931 San Miguel Drive, Suite 100
Walnut Creek, CA  94596
Telephone:    (925) 945-6211
Facsimile:     (925) 945-7811

Attorneys for Plaintiff
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>            Plaintiffs,<br><br>v.<br><br>CLARICE MORALES; GLORIA GROTTICELLI; and CAROL SALAZAR.<br><br>            Defendants. | Case No.  2:10-cv-02598 MCE KJN<br><br>**ORDER RE: DISMISSAL** |

Pursuant to the parties' Notice of Settlement and Stipulated Request for Dismissal under FRCP 41, filed March 4, 2011 as Document No. 18 on the docket, this matter is hereby dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

DATE:  March 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PRUD 10267.7336                                           - 1 -                              Case No. 2:10-cv-02598 MCE KJN

ORDER RE: DISMISSAL